UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDE ZEPEDA,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>GLOBAL HORIZONS, INC.,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-06-1599 LJO TAG<br><br>**ORDER RE: STIPULATION TO CONTINUE SCHEDULING ORDER DATES** |

On September 21, 2007, Plaintiff Mede Zepeda ("Plaintiff") and Defendant Global Horizons, Inc. ("Defendant") filed a stipulation to continue the scheduling conference order dates (Doc. 25). Specifically, the parties agreed that the dates set in the March 15, 2007 Scheduling Conference Order (Doc. 14) be continued 60 days. In support of the stipulation, counsel for Plaintiff, Alegria De La Cruz of California Rural Legal Assistance, filed a declaration to explain what good cause exists for this stipulation (Doc. 26), and that declaration is incorporated for those stated reasons to continue. The parties request this continuance to continue settlement discussions.

The reasons for the continuance exist, but are good-cause weak. Accordingly, the Court gives counsel the benefit of the doubt and orders:

I.    The following dates shall be **RESET**:

1   A. <u>Expert Disclosure</u>: from September 5, 2007, to **November 5, 2007;**

2   B. <u>Supplemental Expert Disclosure</u>: from September 12, 2007 to **November 12, 2007**;

3   C. <u>Nonexpert Discovery Cutoff</u>: from October 1, 2007 to **December 3, 2007**;

4   D. <u>Expert Discovery Cutoff</u>: from October 19, 2007 to **December 21, 2007**;

5   E. <u>Pretrial Motion Filing Deadline</u>: from November 19, 2007 to **January 21, 2008**;

6   F. <u>Pretrial Motion Hearing Deadline</u>: from December 21, 2007 to **February 22, 2008;**

7   G. <u>Pretrial Conf</u>.: from January 8, 2008, at 8:30 a.m. to **March 11, 2008, at 8:30 a.m.;** and

8   H. <u>Jury Trial</u>: from February 25, 2008, at 9 a.m. to **April 28, 2008 at 9 a.m.**

10 II. Although the Court grants the continuance of the Scheduling Conference Order dates, approval of the stipulation is made with the following **additional restrictions:**

   A. The Court will not approve any further continuances; and

   B. The new trial date will trail the other matters set for that date.

IT IS SO ORDERED.

**Dated:** **September 25, 2007**     /s/ Lawrence J. O'Neill
                   UNITED STATES DISTRICT JUDGE