IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDE ZEPEDA,<br><br>       Plaintiff,<br><br>   vs.<br><br>GLOBAL HORIZONS, INC.,<br><br>       Defendant. | Case No.  1:06-cv-01599 LJO TAG<br><br>ORDER VACATING MOTION<br>TO COMPEL DISCOVERY RESPONSES<br><br>(Doc. 28) |

On October 19, 2007, plaintiff Mede Zepeda ("Plaintiff"), filed a one-page document entitled "Notice of Motion and Motion to Compel Defendant's Discovery Responses." (Doc. 28). Plaintiff's motion requested this Court to issue an order compelling Defendant, Global Horizons, Inc. ("Defendant") to provide verified answers to her discovery requests and sanction Defendant for its failure to act in good faith. (Id.). Defendant timely filed its opposition to Plaintiff's motion, consisting of a memorandum of points and authorities and a supporting declaration. (Docs. 30, 31). Defendant's opposition includes a request for $875 in sanctions. (Doc. 30, pp. 5-6; Doc. 31, ¶ 3).

**1. Moving party failed to comply with Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure.**

A motion to compel discovery responses "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action." Fed.R.Civ.P. 37(a)(2)(B). Plaintiff's motion contains no such certification, and counsel for Defendant attests that Plaintiff's counsel did not contact him concerning problems with Defendant's discovery

1

1  responses before the motion to compel was filed.  (Doc. 28; Doc. 31, ¶ 2).

2  **2.  Moving party failed to comply with Local Rule 37-251.**

3  This Court's Local Rules contain a similar meet and confer requirement for discovery
4  disputes.  Local Rule 37-251(b) provides that a motion concerning discovery matters "shall not be
5  heard unless (1) the parties have conferred and attempted to resolve their differences, and (2) the
6  parties have set forth their differences and the bases therefor in a joint statement re discovery
7  disagreement."  Local Rule 37-251(b).  The moving party is responsible to ensure that the
8  conference be held at a mutually convenient time and place prior to filing the discovery-related
9  motion.  Id.  Here, as attested to by Defendant's attorney, counsel for Plaintiff did not contact him
10 before filing the motion to compel.  (Doc. 30, pp. 2-3; Doc. 31, ¶ 2).

11 Local Rule 37-251(a) requires that a joint statement re: discovery disagreement be filed no
12 later than three (3) court days prior to the scheduled hearing date.  The scheduled hearing date for
13 Plaintiff's motion to compel is November 13, 2007.  Consequently, the joint statement re:
14 discovery disagreement was due no later than November 7, 2007.  The Court's docket in this action
15 reflects that no joint statement re: discovery disagreement pertaining to Plaintiff's motion to
16 compel has been filed.

17 Local Rule 37-251(d) provides that counsel for the moving party may file and serve an
18 affidavit addressing specific matters if he or she is unable to secure the cooperation of opposing
19 party's counsel in preparing or executing the required joint statement.  The affidavit must be filed
20 at least three (3) court days prior to the scheduled hearing date.  The Court's docket in this action
21 reflects that no such affidavit has been filed by Plaintiff's counsel.

22 **3.  Consequence of failure to comply.**

23 Local Rule 37-251(a) provides that a motion hearing may be dropped from the Court's
24 calendar without prejudice if the joint statement or an affidavit contemplated by the Rule is not
25 timely filed.  Accordingly, Plaintiff's motion to compel (Doc. 28) will be vacated without prejudice
26 for lack of a joint statement and/or affidavit from Plaintiff's counsel, and Defendant's request for
27

sanctions, contained in its opposition to the motion (Doc. 30), will be denied without prejudice to a further request for sanctions in the event the motion to compel is re-filed and properly brought before the Court in accordance with Fed. R. Civ. P. 37 and Local Rule 37-251.

## **ORDERS**

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. Plaintiff Mede Zepeda's Motion to Compel Defendant's Discovery Responses (Doc. 28) is VACATED;

2. The motion hearing set for 10:00 a.m. on November 13, 2007, is DROPPED from the calendar; and

3. Defendant's request for sanctions is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **November 8, 2007**                                  **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE