**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEDE ZEPEDA,<br><br>            Plaintiff,<br><br>    vs.<br><br>GLOBAL HORIZONS, INC.,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 06-1599 LJO TAG<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 34.) |

Based on the parties' filing of a stipulation to dismiss, this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters, including the March 11, 2008 pretrial conference and April 28, 2008 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 21, 2007**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE